

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of S.B., a Child

No. 06-20-00102-CV

Appeal from the 469th Judicial District Court of Collin County, Texas (Tr. Ct. No. 469-55532-2016). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We note that the appellant has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 28, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk